FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) Edward Jackson 20060906 3
(Name of Plaintiff) (Inmate Number)

4256 Manor drive Stroudsburg PA
(Address)

(2) ______
(Name of Plaintiff) (Inmate Number)

______
(Address)

(Each named party must be numbered, and all names must be printed or typed)

vs.

(1) Charles Silverio
(2) Salvatore Zito
(3) Eyers
(Names of Defendants)

(Each named party must be numbered, and all names must be printed or typed)

______
(Case Number)

CIVIL COMPLAINT

FILED
SCRANTON
MAY 10 2021
PER ______
DEPUTY CLERK

TO BE FILED UNDER: ____ 42 U.S.C. § 1983 - STATE OFFICIALS
____ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

______

______

______

______

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ✓ Yes ___ No

C. If your answer to "B" is Yes:

1. What steps did you take? filed Grievances Numerous Grievences to No Avail, Called state & County Commissioners, Talked to Admin

2. What was the result? ABSOLUTELY Nothing

D. If your answer to "B" is No, explain why not: ____________

## III. DEFENDANTS

(1) Name of first defendant: Charles Silverio

Employed as Correctional Officer at Monroe County Correctional facility
Mailing address: 4250 Manor drive Stroudsburg PA 18360

(2) Name of second defendant: Salvatore Zito

Employed as Sergeant Commanding officer at Monroe County Correctional facility
Mailing address: 4250 Manor Drive Stroudsburg PA 18360

(3) Name of third defendant: ____________

Employed as Sergeant Commanding officer at Monroe County Correctional facility
Mailing address: 4250 Manor drive Stroudsburg PA 18360

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. C.O. Silverio Struck me In the face & body Numerous times with his knees before & After I was handcuffed & shackled In front of An entire unit As well as on Camera, he then

took me to the Intake Area & the Assault Continued

2. SGT Zito Condoned the entire Assault & Covered for them so No one Could see In the cell, Once I was In the Intake Area he also Allowed Silverio to try and smother me In the Intake Area Never Once Intervening & Stopping the ensueing Madness

3. SGT Eyers Also Condoned the entire Assault & helped them to Coherete A story In which they where absolved from any Repremand

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would like to be Compensated for punitive & Compository $100k $50k Each, & for An Immediate Resignation So that this dosent happen to Any other Inmates or Individuals In this Institution again

2. For defendants to pay Costs & fees Associated with Courts & Compository fees $50k As well as any future hospital or Mental health services

3. Ensure that this never happens to Another Inmate Again At this Institution this has been Going on behind the Scenes for far to long

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 30th day of April, 2021.

(Signature of Plaintiff)

To: Attorney General of PA.
393 walnut Street
Harrisburg, PA 17120

From Edward G Jackson #200609063
M.C.C.F.
4250 Manor Drive
Stroudsburg, PA 18360

Re: Brutally Assaulted by Silverio As well As other guards

4/23/21

ON April 12th or 13th, 2021 C/O Silverio physically Assaulted me by kneeing me In the face multiple times, As well as In my Ribs & Sides while I was Cuffed & shackled with 7 other guards Assaulting me to Cause Serious Bodily InJury, As well As taking me to Another cell In the Intake Area, Cell #4 to be exact, And Continued the Assault, I was never properly Assessed by medical & No one Came to photograph My InJuries till 3 Days later
I Charge officer Charles Silverio with aggravated Assault to Cause Serious Bodily Injury SGT Zito is Condoning & knowing this C/O to Assault us Inmates & this Is Not An Isolated Incident

I Declare under the penalty of perjury that the Information here Is true & Correct to the best of my knowledge & Beliefs ... & Enclossed Is A copy of my write up his write up & my Grievence which has still not been Responded too

(See video surviellence footage April 13th 2021 @ Approx, 930-10:00 pm EST)

Date 4/23/21 By [signature]

Edward G Jackson

6

# Monroe County Correctional Facility

* SEE VIDEO SURVEILLANCE OF THIS BRUTAL ASSAULT ON ME

## Inmate Grievance Form

Inmate's Name: Edward Jackson OCA # 20060906 3

Date Grievance requested 4/14 Date Grievance given to inmate 4/16

Grievance Tracking Number 2021-G-0074

Completed grievance received by Grievance Coordinator on ____________

**Inmate Filing Grievance:**
Complete Parts I and II of this form using clear, specific and brief statements. Attach any request slips which will verify your attempt to resolve this issue with correctional staff and/or supervisors. → 2 PAGES ATTACHED

**Part I:** State your grievance clearly. If you need more space attach a separate sheet of paper.
On April 13th At Approximately 930pm I was on delta unit In my Cell #28, On My tablet Using the phone application When they where Conducting Cell Searches with the "CO's Officer Silverio Who has Continually been harassing me Since December of last year" (I have told the Counselor Numerous times As well as White shirts In Charge) → [illegible]

**Part II:** Action or relief requested.
I would either like for him to resign or to be Compensated for pain & suffering, furthermore I hope that None of this happens to Another Individual ever again. (FOR DEFENDANTS TO PAY COST + FEES ASSOCIATED WITH THIS / $50K IN PUNITIVE + $50K IN COMPENSATORY DAMAGES AGAINST SGT. 2062 + CO SILVERIO FOR EXCESSIVE USE OF FORCE TO CAUSE SERIOUS BODILY INJURY)

**Certification:** I submit this grievance in good faith, having exhausted all other remedies and without the intent to harass. I affirm that all statements I have given are true and correct. I understand that I have guarantee against reprisal but also understand that I may face disciplinary action if I have filed this grievance under false pretenses or intentionally made false statements.

[signature] Edward Jackson

Inmate's Signature Inmate Print Name

**Grievance Response – Step 1**
Answered by ____________ Date: ____________

**I, Inmate ____________ do not agree with the response in Step 1 and would like this grievance to be sent to the final grievance step.**
**I understand the Final Step, answered by the Warden/designee is the final step in the grievance process and shall be considered final.**

**Inmate Signature** **Print name and date**

**Grievance Response – Final Step**
Answered by Warden ____________ Date: ____________

Golden rod copy kept by inmate prior to original submission
Pink copy kept by inmate if submitted to Final Step
Upon final response yellow copy to grievance file, white copy to inmate

# Monroe County Correctional Facility

I [illegible] video surveillance of this [illegible] assault on me

## Inmate Grievance Form

Inmate's Name: [illegible] OCA# [illegible]

Date Grievance requested: 4/14 Date Grievance given to inmate: 4/14

Grievance Tracking Number: 2021-4-[illegible]

Completed grievance received by Grievance Coordinator on: ____________

**Inmate Filing Grievance:**
Complete Parts I and II of this form using clear, specific and brief statements. Attach any request slips which will verify your attempt to resolve this issue with correctional staff and/or supervisors.

**Part I:** State your grievance clearly. If you need more space attach a separate sheet of paper.

On April 13th at approximately 9:30 PM I was [illegible] in my cell [illegible] on my [illegible] using the phone [illegible] [illegible] with the C/O's Silverio who has [illegible] harassing me since December of last year, I have told the [illegible] [illegible] as well as other [illegible] [illegible]

**Part II:** Action or relief requested.

I would [illegible] like for him to [illegible] or to be compensated for pain + suffering, [illegible] I hope [illegible] of this happens to another individual [illegible] (for defendant(s)) to pay cost + fees associated with this / $50K punitive + $50K in compensatory damages

**Certification:** I submit this grievance in good faith, having exhausted all other remedies and without the intent to harass. I affirm that all statements I have given are true and correct. I understand that I have guarantee against reprisal but also understand that I may face disciplinary action if I have filed this grievance under false pretenses or intentionally made false statements.

Against Sgt [illegible] + C/O Silverio for excessive use of force to cause serious bodily injury

Inmate's Signature ____________ Inmate Print Name ____________

**Grievance Response – Step 1**

Answered by ____________ Date: ____________

**I, Inmate ____________ do not agree with the response in Step 1 and would like this grievance to be sent to the final grievance step.**
**I understand the Final Step, answered by the Warden/designee is the final step in the grievance process and shall be considered final.**

**Inmate Signature** ____________ **Print name and date** ____________

**Grievance Response – Final Step**

Answered by Warden ____________ Date: ____________

Golden rod copy kept by inmate prior to original submission
Pink copy kept by inmate if submitted to Final Step
Upon final response yellow copy to grievance file, white copy to inmate

1 of 2 — & I Wrote this over so you will have a copy..

Approaches my Cell and advises me to Exit my Cell, upon Exiting my Cell he Conducts a pat down Search & tells me to go sit down In the dayRoom then Asks for my Tablet To which I Ask why? he then takes my tablet & my headphones & disconnects them, Whitshirt Ayers then Requests a strip search, to which I follow "Co's" to be stripped down, They tell me to step In the Shower I Reply I have no shower shoes or Shoes on period, As per Silverio told me take a seat In the dayroom barefooted, The Co tells me the best he can do Is get my shower shoes or Change me over In the Mop Closet to which I Comply At this time silverio Approaches me & tells me he "does not Give A fuck how I feel," that I "need to get In the fucking shower Right now" he Reaches for my Collar & I back up Saying "get your whiteshirt please" he then grabs my Arm so I proceed to Assume the Compliance or Cuffing position & Silverio Knees me In the face, Silverio Knees me again In the face, I lay down, he then tells me to stop Resisting, & knees me In the Ribs, he & multiple other officers began to Cuff me As I have Complied from the beginning & am Continuing to Comply Silverio is still kneeing me In the head & Ribs, he Continues to say I'm Not complying & Continues to deliver Knees to my Ribs As well As Rabbit punches to my kidneys & sides, he's Grabbing my hair & pulls me to my feet, & bangs my head on the sally port door & Continues to Assault me In the sally port, he Officer Silverio is Continually banging my head on the Corner of the wall in the sally port Calling me Names & Antagonizing me he then takes me to the last cell on the Right In the Intake Area he's still Assaulting me Striking me In the Ribs & And my sides where my love handles would be, Pushing my face Into the mat face down, Covering my face with the set of dress Rocks I'm to be Changed Into All the while Whiteshirt Sgt Zito Is telling me It will all be over Soon Quit bitching, he also Is Covering the door so no one Can See In the C.O. Silverio Is Continually Covering my Airways, & every time I turn my face to get Air he strikes me & tells me to stop Resisting, The whole time they have me like hog tied my legs Are Latched up to my back & they Are wrenching my left & Right Arms while still Cuffed well up past my shoulders, they Snatch, Rip, Strip, My White t shirt my Mask & underwear off of me, All the while I am Still being struck about the Ribs & body

2 of 2

they then exit the cell leaving me to my own devices, the Nurse does not Assess me or See me until later that evening & she still doesn't properly Assess me Nurse Hallett & Nurse Miller Just Came by my Cell on break & Give me two Ibuprofen & a tylenol 3. I am not properly Seen until 2 days later when deputy warden McCoy Comes personally to make sure my Injuries are documented & photographed, & I have never been properly assessed, I have not been treated, Deputy warden McCoy did make sure that they photographed my Injuries & made sure they X-Rayed My Ribs Face & Sides I am very Grateful for that, My thanks go to him.

Edward Jackson 266609063
4250 Manor Drive
Stroudsburg PA 18360




RECEIVED
SCRANTON
MAY 10 2021
PER ________
DEPUTY CLERK

Office of the clerk
United states district Court
P.O. Box 1148
Scranton PA 18501-1148